Kenneth E. Johnson, Esq. (State Bar No. 115814)
kjohnson@tocounsel.com
**THEODORA ORINGHER PC**
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California  90024-4101

Telephone: (310) 557-2009
Facsimile:  (310) 551-0283

Attorneys for Defendant
CROWN IMPORTS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CELIA WILLIAMSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CROWN IMPORTS, LLC,<br><br>        Defendant.<br><br>CROWN IMPORTS, LLC,<br><br>        Cross-Complainant,<br><br>vs.<br><br>CELIA WILLIAMSON,<br><br>        Cross-Defendant. | Case No. CV 13-03256-DDP (SHx)<br><br>[Discovery matter referred to Hon. Stephen J. Hillman, Magistrate Judge]<br><br>**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER**<br><br>Date Action Filed:   May 7, 2013<br><br>Discovery Cutoff:   None Set<br>Motion Cutoff:        None Set<br>Trial Date:              None Set |

Having read and considered the parties' Stipulation for Protective Order, and good cause appearing therefore,

1   IT IS HEREBY ORDERED that the Stipulation is accepted, and that the
2   requested Protective Order is hereby granted.
3   DATED: <u>July 29, 2013</u>

/s/ Stephen J. Hillman

_____
Honorable Stephen J. Hillman
United States Magistrate Judge