Kenneth E. Johnson, Esq. (State Bar No. 115814)
kjohnson@tocounsel.com
**THEODORA ORINGHER PC**
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California  90024-4101

Telephone: (310) 557-2009
Facsimile:  (310) 551-0283

Attorneys for Defendant
CROWN IMPORTS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CELIA WILLIAMSON, | Case No. CV 13-03256-DDP (SHx) |
| Plaintiff, | [Discovery matter referred to Hon. Stephen J. Hillman, Magistrate Judge] |
| vs. | **ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER** |
| CROWN IMPORTS, LLC, | |
| Defendant. | Date Action Filed:  May 7, 2013 |
| CROWN IMPORTS, LLC, | Discovery Cutoff:  None Set |
| Cross-Complainant, | Motion Cutoff:  None Set |
| vs. | Trial Date:  None Set |
| CELIA WILLIAMSON, | |
| Cross-Defendant. | |

Having read and considered the parties' Stipulation for Protective Order, and good cause appearing therefore,

*PROTECTIVE ORDER*

1       IT IS HEREBY ORDERED that the Stipulation is accepted, and that the

2  requested Protective Order is hereby granted.

3  DATED: <u>July 29, 2013</u>

4

5                                               _____

6                         Honorable Stephen J. Hillman

                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THEODORA ORINGHER
COUNSELORS AT LAW